Lorenzo **LADINER**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 71644.

Missouri Court of Appeals,
Western District.

Sept. 14, 2010.

Mark A. Grothoff, Columbia, MO, for Appellant.

Terrence M. Messonnier, Jefferson City, MO, for Respondent.

Before LISA WHITE HARDWICK, C.J., JAMES EDWARD WELSH and KAREN KING MITCHELL, JJ.

**ORDER**

PER CURIAM:

Lorenzo Ladiner appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).